**Sharon K. BURNETT, Appellant,**

v.

**Timothy L. BURNETT, Respondent.**

**No. WD 37258.**

Missouri Court of Appeals,
Western District.

Sept. 2, 1986.

Mary V. Hower, St. Joseph, for appellant.

Kranitz & Kranitz, St. Joseph, for respondent.

Before PRITCHARD, P.J., SHANGLER, J., and NORMILE, Special Judge.

### ORDER

PER CURIAM:

Appeal from an order to modify the decree of dissolution which adjudicated the transfer of custody from the mother to the father on change of circumstances.

Affirmed. Rule 84.16(b).